IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAMION CHRISTOPHER SMITH                         Case No: 09-61737
ANASTASIA MICHELE HEONIS
1325 BOXWOOD DR                                         Chapter 13
COLUMBUS, OH  43229

Judge: John E. Hoffman Jr.

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The above case having been COMPLETED on April 13, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAMION CHRISTOPHER SMITH
ANASTASIA MICHELE HEONIS
1325 BOXWOOD DR
COLUMBUS, OH  43229

Case No: 09-61737

Chapter 13

Judge: John E. Hoffman Jr.

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The Case was commenced on October 08, 2009.
The plan was confirmed on December 22, 2009.
The Case was concluded on April 13, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:          25,644.51

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 10.00%

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| ANASTASIA MICHELE HEONIS<br>00000      DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00004      UNSECURED | 205.91 | 205.91 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00023      PRIORITY | 471.32 | 471.32 | 0.00 | 0.00 |
| CITY OF COLUMBUS<br>00025      PRIORITY | 2,499.35 | 2,499.35 | 0.00 | 0.00 |
| CLC CONSUMER<br>00002      SECURED-PMSI | 9,192.75 | 9,192.75 | 714.01 | 0.00 |
| DAMION CHRISTOPHER SMITH<br>00000      DEBTOR REFUND | 111.67 | 111.67 | 0.00 | 0.00 |
| DAMION CHRISTOPHER SMITH<br>00000      DEBTOR REFUND | 184.62 | 184.62 | 0.00 | 0.00 |
| DAMION CHRISTOPHER SMITH<br>00000      DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC<br>00018      UNSECURED | 1,180.27 | 1,180.27 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC<br>00019      UNSECURED | 41.83 | 41.83 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION<br>00012      UNSECURED | 181.02 | 181.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00003      PRIORITY | 2,870.84 | 2,870.84 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00022      UNSECURED | 4.96 | 4.96 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
### CASE NO. 09-61737   DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| KEY BANK<br>00013      UNSECURED | 47.27 | 47.27 | 0.00 | 0.00 |
| Key Bank<br>00014      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Key Bank<br>00015      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LLOYD D COHEN ESQ<br>00024      ADDITIONAL ATTORNEY FEES | 480.00 | 480.00 | 0.00 | 0.00 |
| MOUNT CARMEL HEALTH<br>00016      UNSECURED | 39.28 | 39.28 | 0.00 | 0.00 |
| Nationwide Advantage<br>00001      SECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00008      UNSECURED | 108.70 | 108.70 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00009      UNSECURED | 2,787.58 | 2,787.58 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00010      UNSECURED | 35.66 | 35.66 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00011      UNSECURED | 146.29 | 146.29 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00005      UNSECURED | 779.27 | 779.27 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00006      UNSECURED | 51.43 | 51.43 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>00007      UNSECURED | 1,190.39 | 1,190.39 | 0.00 | 0.00 |
| T-Mobile<br>00017      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Wfnnb/Newport News<br>00020      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WFNNB/Victoria's Secret<br>00021      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 296.29 | 296.29 | | |
| Debtor refund to be issued upon the<br>approval of the Final Report and Account | 176.87 | 176.87 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 9,672.75 | 5,841.51 | 67,998.63 | 0.00 | 473.16 | 83,986.05 |
| PRIN PAID | 9,672.75 | 5,841.51 | 6,799.86 | 0.00 | 473.16 | 22,787.28 |
| INT PAID | 714.01 | 0.00 | 0.00 | 0.00 | | 714.01 |
| | | | | | TOTAL PAID: | 23,501.29 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| | | ALLOWED | TOTAL PAID |
|---|---|---|---|
| DEBTOR'S ATTORNEY<br>LLOYD D COHEN ESQ | | 1,384.00 | 1,384.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61737   DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,049.96 | 0.00 | 5.55 | 1,055.51 |

Dated: 04/29/2015

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAMION CHRISTOPHER SMITH
ANASTASIA MICHELE HEONIS
1325 BOXWOOD DR
COLUMBUS, OH  43229

Case No: 09-61737

Chapter 13

Judge: John E. Hoffman Jr.

---

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAMION CHRISTOPHER SMITH
     ANASTASIA MICHELE HEONIS
     1325 BOXWOOD DR
     COLUMBUS, OH  43229

Case No: 09-61737

Chapter 13

Judge: John E. Hoffman Jr.

---

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 4/29/2015

/s/ Faye D English
_____

Electronically signed by
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61737    DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

Creditor Matrix for Case Number 09-61737

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| B-Line, LLC | Attn: Steven Kane PO Box 91121 | Seattle | WA | 981119221 |
| Capital One, NA | Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite &#035;200 | Tucson | AZ | 857120000 |
| East Bay Funding, LLC | c/o Resurgent Capital Services PO Box 288 | GREENVILLE | SC | 296030000 |
| HSBC Bank Nevada, NA | Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 | Tucson | AZ | 857120000 |
| Nationwide Advantage Mortgage Co | PO BOX 919000 | Des Moines | IA | 503910000 |
| PRA Receivables Management, LLC | POB 41067 | Norfolk | VA | 235410000 |
| Roundup Funding, LLC | MS 550 PO Box 91121 | Seattle | WA | 981119221 |
| eCAST Settlement Corporation | c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road | Tucson | AZ | 857121083 |
| Assoc/Citi | PO Box 6003 | Hagerstown | MD | 217470000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Chase | PO Box 15153 | Wilmington | DE | 198865153 |
| Chase | PO Box 15298 | Wilmington | DE | 198500000 |
| Chase Bank USA, N.A. | By PRA Receivables Management, LLC PO Box 12907 | Norfolk | VA | 235410000 |
| CitiBank | P.O. Box 182564 | Columbus | OH | 432180000 |
| City Of Columbus | Income Tax Division 50 W Gay St 4th Fl | Columbus | OH | 432150000 |
| Consumer Services | 2730 Liberty Ave | Pittsburgh | PA | 152220000 |
| Elan Financial Services | P.O. Box 5229 | Cincinnati | OH | 452010000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61737    DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

| | | | | |
|---|---|---|---|---|
| Elan Financial Services | as servicer for Associated Bank P.O. Box 5229 | Cincinnati | OH | 452010000 |
| Gemb/Jcp | PO Box 984100 | El Paso | TX | 799980000 |
| Gemb/Lowes Pc | PO Box 981416 | El Paso | TX | 799980000 |
| HSBC | Dept 7680 | Carol Stream | IL | 601160000 |
| HSBC Bank Nevada, N.A. | Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 | Tucson | AZ | 857120000 |
| Hsbc/Bose | 90 Christiana Rd | New Castle | DE | 197200000 |
| Internal  Revvenue Service | District Director/Special Procedures P.O. Box 14566 | Cincinnati | OH | 452505566 |
| Internal  Revvenue Service | District Director/Special Procedures P.O. box 1579 | Cincinnati | OH | 452010000 |
| Internal Revenue Service | Insolvency Section PO Box 21126 | Philadelphia | PA | 191140000 |
| Internal Revenue Service | P.O. Box970006 | Saint Louis | MO | 631970000 |
| JC Penney | P.O. Box 960090 | Orlando | FL | 328960090 |
| KEYBANK | c/o Weltman Weinberg Reis Co LPA 323 W Lakeside Ave  2nd FL | Cleveland | OH | 441130000 |
| Key Bank | 17 Corporate Woods Blvd | Albany | NY | 122110000 |
| Key Bank | P.O. Box 183051 | Columbus | OH | 432183051 |
| Key Bank | PO Box 183051 | Columbus | OH | 432180000 |
| LVNV Funding LLC its successors and assigns | assignee of Chase Bank USA, N.A. Resurgent Capital Services | Greenville | SC | 296030587 |
| Lowes (GE Money Bank) | P.O. Box 530914 | Atlanta | GA | 303530000 |
| Mount Carmel Health | P.O. Box 89458 | Cleveland | OH | 441016458 |
| Mount Carmel Helath | Self Pay Relaization 6150 E Broad Street 2nd Floor | Columbus | OH | 432130000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61737   DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

| | | | | |
|---|---|---|---|---|
| Nationwide Advantage | 1701 48th St Ste 100 | West Des Moines | IA | 502660000 |
| Nationwide Advantage | 4546 Corporate Drive, Ste 100 | West Des Moines | IA | 502660000 |
| Nationwide Bank | 1 Nationwide Plz | Columbus | OH | 432150000 |
| Ohio Department of Taxation | Attn: Bankruptcy Division PO Box 530 | Columbus | OH | 432660030 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. POB 41067 | NORFOLK | VA | 235410000 |
| Portfolio Recovery Associates, LLC | P.O. Box 41067 | Norfolk | VA | 235410000 |
| State of Ohio | P.O. Box 182131 | Columbus | OH | 432180000 |
| T-Mobile | PO Box 742596 | Cincinnati | OH | 452742596 |
| TARGET NATIONAL BANK | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| Target National Bank | P.O. Box 59317 | Minneapolis | MN | 554590000 |
| Target Nb | PO Box 673 | Minneapolis | MN | 554400000 |
| WFNNB/Victoria&#039;s Secret | P.O. Box 182128 | Columbus | OH | 432180000 |
| Wfnnb/Newport News | 995 W 122nd Ave | Westminster | CO | 802340000 |
| eCAST Settlement Corporation | c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 | Tucson | AZ | 857120000 |
| Anastasia Michele Heonis | 1325 Boxwood Drive | Columbus | OH | 432290000 |
| Damion Christopher Smith | 1325 Boxwood Drive | Columbus | OH | 432290000 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Lloyd D Cohen | 824 S High Street | Columbus | OH | 432060000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61737    DAMION CHRISTOPHER SMITH and ANASTASIA MICHELE HEONIS

Page 4 of 4                          0961737